Below is the Order of the Court.

**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>Michael B. Thomas,<br><br>Debtor(s) | Case No. 24-10876 – CMA<br><br>ORDER ON EX PARTE MOTION TO MODIFY DEBTOR'S NAME IN CASE CAPTION |

THIS MATTER having come on before the Court on Debtor's Motion to Modify Debtor's Name in Case Caption, and the Court having reviewed the record herein, Debtor's motion is hereby GRANTED and the Debtor's name in the case caption is modified to "Michael Thomas".

///END OF ORDER///

Presented by:

/s/ Rochelle Shuffield
Rochelle Shuffield, #41591
Attorneys for Debtor