|                    |                     |
|--------------------|---------------------|
| Judge:             | Christopher M. Alston |
| Chapter:           | 13                  |
| Hearing Date:      | July 11, 2024       |
| Hearing Time:      | 9:30 am             |
| Hearing Location:  | Judge Alston's Courtroom |
|                    | 700 Stewart St #7206 |
|                    | Seattle, WA 98101-8101 |
| Response Date:     | July 04, 2024       |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>MICHAEL THOMAS,<br><br><br>Debtor. | IN CHAPTER 13 PROCEEDING<br>NO. 24-10876-CMA<br><br>NOTICE OF OBJECTION TO EXEMPTIONS AND HEARING |

PLEASE TAKE NOTICE that the Chapter 13 Trustee's Objection to Exemptions IS SET FOR HEARING as follows:

Judge: Christopher M. Alston
Place: Judge Alston's Courtroom
      700 Stewart St #7206
      Seattle, WA 98101-8101
Date: July 11, 2024
Time: 9:30 am

IF YOU OPPOSE the objection, you must file your written response with the Court Clerk NOT LATER THAN THE RESPONSE DATE, which is July 04, 2024.

IF NO RESPONSE IS TIMELY FILED, the Court may, in its discretion, GRANT RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE, and strike the hearing.

Dated: June 13, 2024

        */s/ Emily A. Jarvis*, WSBA #41841 for
        Jason Wilson-Aguilar
        Chapter 13 Trustee

NOTICE OF OBJECTION TO EXEMPTIONS AND HEARING - 1

Jason Wilson-Aguilar
Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124

|  | Judge: | Christopher M. Alston |
|---|---|---|
|  | Chapter: | 13 |
|  | Hearing Date: | July 11, 2024 |
|  | Hearing Time: | 9:30 am |
|  | Hearing Location: | Judge Alston's Courtroom |
|  |  | 700 Stewart St #7206 |
|  |  | Seattle, WA 98101-8101 |
|  | Response Date: | July 04, 2024 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In Re: | IN CHAPTER 13 PROCEEDING |
|---|---|
| MICHAEL THOMAS, | NO. 24-10876-CMA |
|  | OBJECTION TO EXEMPTIONS |
| Debtor. |  |

Jason Wilson-Aguilar, Chapter 13 Trustee, objects to the Debtor's exemptions (ECF No. 12):

The debtor listed on Schedule A/B a claim against DiTech which he values at $275,000. The Trustee has not yet been able to conduct the 341 meeting of creditors to date, so he does not have any further information regarding this claim beyond what is listed on the schedules. The debtor claimed an exemption of $9,800 as to this asset using the "wild card" exemption and an exemption of $265,200 as to this asset pursuant to Wash. Rev. Code 6.15.010(1)(d)(viii). The latter statute states that the debtor in a bankruptcy case may exempt "the right to or proceeds of personal injury of the debtor … or the right to or proceeds of a payment in compensation of loss of future earnings of the debtor." The debtor has not established that his claim against DiTech is a personal injury claim and/or a claim based on lost wages that would qualify for this exemption. As such, the exemption pursuant to Wash. Rev. Code 6.15.010(1)(d)(viii) should be disallowed.

WHEREFORE, the Trustee requests that the Court enter an order disallowing the Debtor's exemptions as stated above.

OBJECTION TO EXEMPTIONS - 1

Jason Wilson-Aguilar
Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124

Dated: June 13, 2024                             */s/  Emily A. Jarvis*, WSBA #41841 for
                                                 Jason Wilson-Aguilar
                                                 Chapter 13 Trustee

OBJECTION TO EXEMPTIONS - 2

Jason Wilson-Aguilar
Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

MICHAEL THOMAS,

Debtor.

IN CHAPTER 13 PROCEEDING
NO. 24-10876-CMA

*Proposed*
ORDER DISALLOWING EXEMPTIONS

THIS MATTER came before the Court on the Chapter 13 Trustee's Objection to Exemptions. Based on the record and for cause shown, it is

ORDERED that:

(1) The Trustee's Objection to Exemptions is sustained; and

(2) The debtor's claimed exemption on Schedule C (ECF No. 12) in the amount of $265,200 pursuant to Wash. Rev. Code Code 6.15.010(1)(d)(viii) as to his claim against DiTech is disallowed.

/ / /End of Order/ / /

Presented By:
*/s/ Emily A. Jarvis*, WSBA #41841 for
Jason Wilson-Aguilar
Chapter 13 Trustee

ORDER DISALLOWING EXEMPTIONS - 1

Jason Wilson-Aguilar
Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124