Entered on Docket June 18, 2024

**Below is the Order of the Court.**



_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

MICHAEL THOMAS,

Debtor.

IN CHAPTER 13 PROCEEDING
No. 24-10876-CMA

ORDER DENYING CONFIRMATION

THIS MATTER came before the Court on the Objections to Confirmation by the Chapter 13 Trustee (ECF No. 26) and Federal Home Loan Mortgage Corporation (ECF No. 23). Based on the agreement of the parties, it is

ORDERED that:

1) Confirmation of the debtor's plan (ECF No. 14) is denied;

2) By July 15, 2024, the debtor shall file, note and properly serve a feasible amended plan. The debtor shall set the amended plan for hearing on the Court's August 22, 2024 calendar;

3) By July 15, 2024, the debtor shall file amended Schedules I and J;

4) If the debtor intends to rely on contributions from family to fund his plan, by July 15, 2024, the debtor shall file a declaration from said family member(s) evidencing the willingness and ability of the individual(s) to make those contributions to the debtor;

ORDER DENYING CONFIRMATION - 1

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282

5) By July 15, 2024, the debtor shall provide the Trustee with statements for his Bank of America checking account and Online Cashapp account evidencing the balances in those accounts as of the petition date; and

6) This order is without prejudice to the Trustee's Motion to Dismiss Case (ECF No. 25), which may be heard on the Court's July 25, 2024 calendar.

///End of Order///

Presented by:

*/s/ Emily A. Jarvis*, WSBA #41841 for
Jason Wilson-Aguilar
Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124


Approved:

*/s/ Rochelle Shuffield*     [approved by email]
Rochelle Shuffield, WSBA #41591
Attorney for Debtor


Approved:

*/s/ Renee Parker*     [approved by email]
Renee Parker, WSBA #36995
Attorney for Federal Home Loan Mortgage Corporation

ORDER DENYING CONFIRMATION - 2

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282

Case 24-10876-CMA    Doc 32    Filed 06/18/24    Ent. 06/18/24 13:40:48    Pg. 2 of 2