**Below is the Order of the Court.**

**Christopher M. Alston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>MICHAEL THOMAS,<br><br><br>Debtor. | IN CHAPTER 13 PROCEEDING<br>NO. 24-10876-CMA<br><br>ORDER DISALLOWING EXEMPTIONS |

THIS MATTER came before the Court on the Chapter 13 Trustee's Objection to Exemptions.

Based on the record and for cause shown, it is

ORDERED that:

(1) The Trustee's Objection to Exemptions is sustained; and
(2) The debtor's claimed exemption on Schedule C (ECF No. 12) in the amount of $265,200 pursuant to Wash. Rev. Code Code 6.15.010(1)(d)(viii) as to his claim against DiTech is disallowed.

/ / /End of Order/ / /

Presented By:
*/s/ Jason Wilson-Aguilar*
Jason Wilson-Aguilar, WSBA #33582
Chapter 13 Trustee

ORDER DISALLOWING EXEMPTIONS

Jason Wilson-Aguilar
Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124