Rochelle Shuffield #41591
Shuffield Bankruptcy Law
14900 Interurban Avenue S, Suite 287
Tukwila, WA 98168
206-674-4565 ext. 161

Hon. Christopher M. Alston
Chapter 13
Hearing Date: July 25, 2024
Hearing Time: 9:30 AM
Location: 700 Stewart Street, Room 7206
Seattle, WA 98101
Response Due: July 18, 2024

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

**Michael Thomas**

Debtor(s)

CHAPTER 13 PROCEEDING
NO. 24-10876 – CMA

DEBTOR'S RESPONSE TO TRUSTEE'S
MOTION TO DISMISS

COMES NOW, Debtor, Michael Thomas, through his attorney of record, Rochelle Shuffield, and responds to the Trustee's Motion to Dismiss as follows:

Debtors has had some medical issues but is trying to get an amended Chapter 13 Plan filed that addresses the issues that the Trustee raised in his Motion to Dismiss.

WHEREFORE, due to the reasons stated above, the Debtor respectfully requests that the Court overrule the Trustee's objection.

DATED this 18th day of July, 2024.

/s/ Rochelle Shuffield
Attorney for Debtor
Rochelle Shuffield, #41591
14900 Interurban Avenue S, Suite 287
Tukwila, WA 98168

Debtor's Response to Trustee's Motion to Dismiss

SHUFFIELD BANKRUPTCY LAW
14900 INTERURBAN AVENUE S, SUITE 287
TUKWILA, WA 98168
206-674-4565 ext. 161

Case 24-10876-CMA    Doc 42    Filed 07/18/24    Ent. 07/18/24 13:05:51    Pg. 1 of 1