Rochelle Shuffield
Shuffield Bankruptcy Law
14900 Interurban Avenue S, Suite 287
Tukwila, WA 98168
206-674-4565 ext. 161

Honorable Christopher M. Alston

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re

**Michael Thomas**

        Debtor(s).

Case No. 24-10876 – CMA

DECLARATION OF LADETRA WOODSON

### Declaration

I, LaDetra Woodson, am Debtor's daughter and do hereby declare the following:

1. My father filed a Chapter 13 Bankruptcy petition for Debtor on April 11, 2024.

2. After filing the petition but prior to the 341 hearing, Debtor had several strokes.

3. He has been moved to different facilities a few times.

4. My father would like me to be the power of attorney but it has been a challenge because each time he is moved, he needs to be observed all over again and that can take some time.

5. He was moved Friday, August 16, 2024 to a rehab facility in Kent, Washington.

6. My father does have understanding but the 3rd stroke effected his cognitive ability.

7. Due to the impact on his cognitive ability, he needs someone who can handle his affairs, even though he has understanding.

DECLARATION

Rochelle Shuffield
Shuffield Bankruptcy Law
14900 Interurban Avenue S, Suite 287
Tukwila, WA 98168
Phone: (206) 674-4565 ext. 161
Fax: (206) 681-9466

Case 24-10876-CMA    Doc 45    Filed 08/20/24    Ent. 08/20/24 13:25:46    Pg. 1 of 2

8. I am hoping to have a power of attorney by next week so I can assist my father with his bankruptcy.

9. He would like the case to be kept open in order to avoid a lien on his home so he can sell the home.

10. Additionally, the Ditech lawsuit funds are ready to be disbursed and as soon as I have power of attorney we can get any funds to the trustee that are non-exempt.

11. I would like to request a little more time in order to be able to obtain the power of attorney and assist my father.

DATED this 20th Day of August, 2024.

/s/ LaDetra Woodson
LaDetra Woodson

/s/ Rochelle Shuffield
Rochelle Shuffield, WSBA #41591
Attorney for Debtor

DECLARATION

Rochelle Shuffield
Shuffield Bankruptcy Law
14900 Interurban Avenue S, Suite 287
Tukwila, WA 98168
Phone: (206) 674-4565 ext. 161
Fax: (206) 681-9466